IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.                    Civil No. 11-2126
                   Crim. No. 09-20049

CHARLES DEAN                                  DEFENDANT/PETITIONER

**ORDER**

Now on this 23rd day of August 2012, there comes on for consideration Petitioner's Motion (doc. 45) to Reconsider the Court's Order of September 28, 2011, adopting the report and recommendation of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 44).  Also before the Court are Petitioner's Objections (doc. 43) and Reply to the Government's Response to his §2255 motion (doc. 49).

The Court finds Petitioner's Motion (doc. 45) to Reconsider should be GRANTED.  Therefore, the Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion (Doc. 38) is DENIED WITH PREJUDICE as to Petitioner's claims that his attorney was ineffective for his failure to argue that his offense level should not be enhanced for being a leader/organizer and that he received a disparate sentence from that of his co-conspirators.  The Motion

previously was DENIED WITHOUT PREJUDICE so that Petitioner could file a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) should Congress act to make the Fairness in Sentencing Act of 2010 retroactive.  Petitioner filed such motion (doc. 46) which was granted on December 8, 2011, reducing his sentence to 151 months (doc. 48).

According to Petitioner, he would dismiss his motion to reconsider the §2255 dismissal if he received such a reduction. Petitioner has not done so, and the Court, as stated above, conducted a *de novo* review and concluded that his motion (doc. 38) should be DENIED WITH PREJUDICE.  Petitioner's motion (doc. 50) for appointment of counsel is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge