```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                         PLAINTIFF/RESPONDENT

    v.                    Civil No. 11-2126
                         Crim. No. 09-20049

CHARLES DEAN                                      DEFENDANT/PETITIONER

<u>JUDGMENT</u>

For reasons set forth in the Order filed contemporaneously herewith and the report and recommendation (doc. 42), Petitioner's Motion (doc. 45) to Reconsider is GRANTED.  Petitioner's 28 U.S.C. § 2255 motion (doc. 38) is DENIED WITH PREJUDICE as to Petitioner's claims that his attorney was ineffective for his failure to argue that his offense level should not be enhanced for being a leader/organizer and that he received a disparate sentence from that of his co-conspirators.  The Motion is DENIED AS MOOT in connection with Petitioner's motion for sentence reduction. Petitioner's motion (doc. 50) for appointment of counsel is DENIED. **The parties have sixty days from entry of this judgment on the docket in which to appeal.**

    IT IS SO ORDERED this 23rd day of August, 2012.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge